James A. Francis (admitted *pro hac vice*)
John Soumilas (*pro hac vice* forthcoming)
Edward H. Skipton (*pro hac vice* forthcoming)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
eskipton@consumerlawfirm.com

Yvette Golan (admitted *pro hac vice*)
**THE GOLAN FIRM**
529 14th St., N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150
Fax: (928) 441-8250
ygolan@tgfirm.com

Stephanie Tatar (SBN 237792)
**TATAR LAW FIRM**
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Tel: (323) 744-1146
Stephanie@thetatarlawfirm.com

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN WALSH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAPMAN UNIVERSITY,<br><br>Defendant. | Case No. 8:20-cv-1538-JLS-DFM<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Josephine Stanton<br>Mag. Judge: Hon. Douglas F. McCormick<br>Crtrm.: N/A<br>Trial Date: Not Set |

TO THE CLERK OF COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Christian Walsh hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: March 12, 2021

Respectfully submitted,
**FRANCIS MAILMAN SOUMILAS, P.C.**

*/s/ James A. Francis*
James A. Francis (admitted *pro hac vice*)
John Soumilas (*pro hac vice* forthcoming)
Edward H. Skipton (*pro hac vice* forthcoming)
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
jfrancis@consumerlawfirm.com
jsoumilas@consumerlawfirm.com
eskipton@consumerlawfirm.com

Yvette Golan (admitted *pro hac vice*)
**THE GOLAN FIRM**
529 14th St., N.W., Suite 914
Washington, DC 20045
Tel: (866) 298-4150
Fax: (928) 441-8250
ygolan@tgfirm.com

Stephanie Tatar (SBN 237792)
**TATAR LAW FIRM**
3500 West Olive Ave., Suite 300
Burbank, CA 91505
Tel: (323) 744-1146
Stephanie@thetatarlawfirm.com

*Counsel for Plaintiff and Proposed Class*